THE HONORABLE FRANKLIN D. BURGESS

```
02-CV-05101-ORD
```

FILED _____ LODGED
_____ RECEIVED

APR 18 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| CHERYL BLANCHARD,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>MORTON SCHOOL DISTRICT, et al.,<br><br>　　　　　　　Defendants. | NO. CV 02-5101 FDB<br><br>STIPULATION FOR ORDER GRANTING PLAINTIFF'S MOTION TO AMEND OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND ADJUSTING REPLY DEADLINES |

## STIPULATION

The undersigned attorneys stipulate as follows, and request the Court to enter the order below. On April 12, 2006, the plaintiff filed a motion to amend her opposition to the defendants' pending motion for summary judgment. Through their attorneys, the defendants have agreed to not oppose plaintiff's motion to amend and consent to filing of the amendment, and the plaintiff has agreed to an extension of time for the defendants to file their reply documents on the pending summary judgment motion that is noted for hearing on April 14, 2006.

04/13/06                         /s/ Jocelyn J. Lyman
_____                    _____
Date                             Jocelyn J. Lyman, WSBA No. 11894
                                 Attorney for Defendants

04/13/06                         /s/ Lonnie Davis
_____                    _____
Date                             Lonnie Davis, WSBA No. 5091
                                 Attorney for Plaintiff

STIP. AND ORDER ALLOWING PLTFF TO
AMEND OPPOSITION TO DEFENDANTS' MSJ &
ADJUSTMENT TO REPLY DEADLINE- 1

NO. CV 02-5101 FDB

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.
ATTORNEYS AT LAW
2674 RW JOHNSON RD., TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480  FAX: (360) 357-3511

# ORDER

Based on the stipulation of the parties, it is hereby ORDERED as follows:

1. Plaintiff's motion for leave to amend her opposition to defendants' pending summary judgment motion is GRANTED.

2. The deadline for filing defendants' reply documents on the pending summary judgment motion is extended to April 18, 2006.

4/14/06

_____
The Honorable Franklin D. Burgess

Jointly presented by:

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.

/s/ Jocelyn J. Lyman
_____
Jocelyn J. Lyman, WSBA No. 11894
Attorney for Defendants
P.O. Box 11880
Olympia, WA 98508-1880
Telephone: (360) 754-3480
Fax: (360) 357-3511
E-Mail: *jlyman@lldkb.com*


DISABILITIES LAW PROJECT

/s/ Lonnie Davis
_____
Lonnie Davis
Attorney for Plaintiff
4649 Sunnyside North
Seattle, WA 98103-6900
Telephone: (206) 633-6637
Fax: (206) 545-7059
E-Mail: *lonnie@wccd.org*

STIP. AND ORDER ALLOWING PLTFF TO
AMEND OPPOSITION TO DEFENDANTS' MSJ &
ADJUSTMENT TO REPLY DEADLINE- 2

NO. CV 02-5101 FDB

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 RW JOHNSON RD., TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480  FAX: (360) 357-3511