# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| CHERYL BLANCHARD,<br><br>               Plaintiff,<br><br>vs.<br><br>MORTON SCHOOL DISTRICT, et al.,<br><br>               Defendants. | **NO. CV 02-5101 FDB**<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR ORDER CORRECTING CLERICAL MISTAKES IN ORDER GRANTING MOTION FOR SUMMARY JUDGMENT OF DISMISSAL**<br><br>**Note on Motion Calendar:**<br>**May 5, 2006** |

This matter came before the above-entitled Court on the defendants' Fed. R. Civ. P. 60(b) motion for order correcting clerical mistakes in the April 20, 2006 Order Granting Motion for Summary Judgment of Dismissal [*Docket 60*].

The Court considered the motion, opposition documents filed by the plaintiff, and reply documents filed by the defendants, if any.

It is hereby:

ORDERED that the defendants' Fed. R. Civ. P. 60(b) motion for order correcting clerical mistakes in the Court's Order Granting Motion for Summary Judgment of Dismissal is granted.  The language contained on paragraph 6 of the order is hereby changed as follows:

//

//

//

**ORDER GRANTING DEFS.' MOTION FOR ORDER CORRECTING CLERICAL MISTAKES IN ORDER GRANTING MOTION FOR SUMMARY JUDGMENT OF DISMISSAL - 1**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON RD., TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

. . .

**D.    Individual Liability.**

**(1)    Dismissal of Individuals for Failure of Service.**

On February 14, 2003, the court entered an order that it would grant defendants' then outstanding motion to dismiss for insufficiency of process if the defendants were not served by March 14, 2003.  Returns of service for Defendants Regine Alexsunas and Jim Grossman were never filed. Accordingly, all claims against them are dismissed.

**(2)    Dismissal of Remaining Individual Defendants**.

Ms. Blanchard named two additional individual defendants in her complaint, former superintendent Russ Davis and former principal Robyn Goodwin.   The District argues that these defendants may not be held individual liable under the ADA. . . [remaining language in this section unchanged].

Dated this 19th day of May, 2006.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

**Presented by:**

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.

   */s/ Jocelyn J. Lyman*
_____
Jocelyn J. Lyman, WSBA 11894
Attorney for Defendants
P.O.  Box 11880
Olympia, WA 98508-1880
Telephone: (360) 754-3480
Fax: (360) 357-3511
E-Mail:  *jlyman@lldkb.com*

**ORDER GRANTING DEFS.' MOTION FOR ORDER CORRECTING CLERICAL MISTAKES IN ORDER GRANTING MOTION FOR SUMMARY JUDGMENT OF DISMISSAL - 2**

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.
ATTORNEYS AT LAW
2674 RW JOHNSON RD., TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480   FAX: (360) 357-3511*