UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHERYL BLANCHARD,

    Plaintiff,

    v.

MORTON SCHOOL DISTRICT, *et al.*,

    Defendants.

Case No. C02-5101FDB

ORDER DENYING LEAVE TO APPEAL *IN FORMA PAUPERIS*

    The Court granted Defendants summary judgment in this matter on April 20, 2006, and Plaintiff now appeals that order. Earlier in this case, Plaintiff was denied leave to proceed *in forma pauperis*, but she has now filed for leave to appeal *in forma pauperis*. Plaintiff submits an affidavit in support of her motion, and although Plaintiff is not presently employed, her spouse is employed and she has not demonstrated an inability to pay the requisite filing fee.

    ACCORDINGLY, IT IS ORDERED: Plaintiff's Motion for Leave to Appeal *in forma pauperis* [Dkt. # 64] is DENIED.

    DATED this 19th day of May, 2006.

                                            FRANKLIN D. BURGESS
                                            UNITED STATES DISTRICT JUDGE

ORDER - 1